UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     **JS-6**

| | | | |
|---|---|---|---|
| Case No. | CV 19-435 PSG (RAOx) | Date | September 10, 2020 |
| Title | Rolinda Sotomayor v. County of Los Angeles et al. | | |

Present: The Honorable    **Philip S. Gutierrez, United States District Judge**

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**     **The Court GRANTS the motion to dismiss**

      Before the Court is a motion to dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by Plaintiff Rolinda Sotomayor ("Plaintiff"). *See* Dkt. # 38. Defendant County of Los Angeles ("Defendant") opposed. *See* Dkt. # 39. Plaintiff replied. *See* Dkt. # 40. Defendant does not oppose dismissal per se, but rather opposes dismissal without prejudice; and Defendant has not argued that it will suffer any prejudice from dismissal. *See generally* Dkt. # 39.[1] After reading and considering the moving, opposing, and reply papers, and considering the circumstances in this case, the Court **GRANTS** the motion to dismiss the action without prejudice pursuant to Rule 41(a)(2). This order closes the case.

      **IT IS SO ORDERED**.

---

[1] Plaintiff filed a notice of withdrawal of the motion on September 10, 2020, indicating that she would refile it before the District Judge. *See* Dkt. # 43. The Court construes the currently-filed motion as before the District Judge, obviating the need to withdraw the motion.